**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
LATANYA WILLIAMS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>AJIT SINGH D/B/A MOUNTAIN LIQUOR; JOSEF HAGHNAZARZADEH; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 5:23-cv-02495-CJC (DTBx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

    Notice is hereby given that Plaintiff LATANYA WILLIAMS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: January 26, 2024        **SO. CAL EQUAL ACCESS GROUP**

                                                    */s/ Jason J. Kim*
                                           JASON J. KIM
                                           Attorney for Plaintiff